IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH PERAINO, | : |
| Plaintiff, | : Case No. 2:12-cv-03995 |
| v. | : HONORABLE STEWART DALZELL |
| TRANS UNION, LLC and KROLL FACTUAL DATA, | : |
| Defendants. | : |

**DEFENDANT KROLL FACTUAL DATA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Kroll Factual Data, Inc. states, through its undersigned counsel, that it is wholly owned by Kroll, Inc., which is wholly owned by, Altegrity, Inc.  Altegrity, Inc. is wholly owned by Altegrity Acquisition Corp., which is in turn wholly owned by Altegrity Holding Corp.  No publicly held corporation owns more than a 10% interest in Kroll Factual Data, Inc.

1

        Respectfully submitted,

        */s/ William J. Simmons*
        William J. Simmons, Esquire (PA #206860)
        **LITTLER MENDELSON, P.C.**
        Three Parkway
        1601 Cherry Street, Suite 1400
        Philadelphia, PA  19102.1321
        (t) 267.402.3047
        (f) 267.430.7908
        wsimmons@littler.com

        Rod M. Fliegel, Esquire (*pro hac vice*)
        Littler Mendelson, PC
        650 California Street
        20th Floor
        San Francisco, CA 94108
        (t) 415.433.1940
        rfliegel@littler.com

        Attorneys for Defendant
        Kroll Factual Data, Inc.

Date: September 18, 2012

## **CERTIFICATE OF SERVICE**

    I, William J. Simmons, hereby certify that on this 18th day of September 2012, I filed with the Court the foregoing Rule 7.1 Corporate Disclosure Statement via the Court's Electronic Filing System and served same on counsel for Plaintiff Keith Peraino and counsel for Defendant Trans Union, LLC via the same method.

                                        */s/ William J. Simmons*
                                        William J. Simmons