IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH PERAINO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   12-3995 |
| TRANS UNION, LLC, et al. | : | |

## SCHEDULING ORDER

AND NOW, this 24th day of September, 2012, following a telephonic conference with counsel, IT IS HEREBY ORDERED as follows:

1. A Settlement Conference will be held before the undersigned on **WEDNESDAY, JANUARY 9, 2013, at 10:00 a.m.**, in Room 3006, United States Courthouse, 601 Market St., Philadelphia, PA 19106.  The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are **REQUIRED to attend the conference IN PERSON**. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

2. Discovery shall close on **FEBRUARY 28, 2013**;

3. Dispositive/*Daubert* Motions shall be filed no later than **MARCH 21, 2013**, with courtesy copies delivered to chambers on the date of filing;

4. Responses to Dispositive/*Daubert* Motions shall be filed on or before **APRIL 1, 2013**, with courtesy copies delivered to chambers on the date of filing;

5. Motions in Limine shall be filed on or before **APRIL 5, 2013**, with courtesy copies delivered to chambers on the date of filing;

6. A Pretrial Stipulation, signed by all counsel, shall be filed by **APRIL 5, 2013**, with courtesy copies delivered to chambers on the date of filing; (See Standing Order Re Pretrial Stipulation, attached heret)

7. Responses to Motions in Limine shall be filed by **APRIL 12, 2013**; with courtesy copies delivered to chambers on the date of filing;

8. A Final Pretrial Conference will be held in Chambers, Room 3006, United States Courthouse, 601 Market Street, Philadelphia PA, on **FRIDAY, APRIL19, 2013, at 9:30 p.m.**, with jury selection to immediately follow in Courtroom 3D;

9. JURY TRIAL shall commence on **MONDAY, APRIL 22, 2013**, at 9:30 a.m., in Courtroom 3D, Third Floor, United States Courthouse, 601 Market Street, Philadelphia PA.

BY THE COURT:

/s/Jacob P. Hart

JACOB P. HART, M.J.

JUDGE HART'S STANDING ORDER RE PRETRIAL STIPULATION

(JURY TRIAL)

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's exhibits, as marked for trial. (Any objections to authenticity should be noted or will be considered waived. Exhibits shall be provided to the Court in the form of two, jointly prepared, loose leaf Exhibit Books, each separately numbering Joint Exhibits, Plaintiff's Exhibits, and Defendant's Exhibits.)

4. Each party's witnesses and the subject matter of the witness's testimony. (PLEASE NOTE: JUDGE HART HAS AN ELECTRONIC COURTROOM WHICH CONTAINS AN ELMO DOCUMENT SYSTEM AND VIDEO REPLAY EQUIPMENT. IF YOU WILL BE USING THIS EQUIPMENT IN THE PRESENTATION OF YOUR CASE, AND WISH TO VIEW THE COURTROOM EQUIPMENT AND/OR REQUIRE TRAINING THEREON, PLEASE CONTACT CHAMBERS (215-597-2733) AT LEAST ONE WEEK PRIOR TO TRAIL TO MAKE AN APPOINTMENT WITH HIS STAFF)

5. Unusual issues - contentions and authority.

6. Proposed voir dire questions, requests for jury instructions, and a proposed jury verdict form. Counsel shall make a good faith effort to agree upon as many of these items as possible. ( THESE ITEMS ARE TO BE SUBMITTED ON DISK (WORDPERFECT IF POSSIBLE) AS WELL AS IN HARD COPY.)

7. The signed approval of trial counsel for each party.

IT SHALL BE THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO CIRCULATE A DRAFT OF THIS PRETRIAL STIPULATION AT LEAST ONE WEEK BEFORE IT IS DUE.